**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1521**

_____

CLUCK-U, CORP.,

                    Plaintiff - Appellee,

          v.

KEITH DOUGHERTY, on behalf of Docson Consulting LLC,

                    Appellant,

MICHAEL GHIGLIERI,

                    Defendant – Appellant,

          and

C.U.C. OF MARYLAND, INC.; KEN & JIM C.U.C., INC.; KENNETH A.
BRADY,

                    Defendants.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, Chief District
Judge.  (8:10-cv-02105-DKC)

_____

Submitted:  August 22, 2013           Decided:  August 26, 2013

_____

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Ghiglieri and Keith Dougherty, Appellants Pro Se. Richard Charles Daniels, DANIELS & DANIELS, LLC, College Park, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Dougherty and Michael Ghiglieri appeal the district court's order denying their Fed. R. Civ. P. 60(b)(4), (6) motion for relief from a state court judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Cluck-U, Corp. v. Dougherty</u>, No. 8:10-cv-02105-DKC (D. Md. Mar. 21, 2013). We deny as moot Appellants' motion to adopt a brief filed in a Tenth Circuit case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>